IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| STRATEGY AND EXECUTION, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. SA-23-CV-135-FB |
| § | |
| BLACK RIFLE COFFEE COMPANY, LLC, § | |
| § | |
| Defendant. § | |

## *JUDGMENT*

On this date came on to be considered the Judgment to be entered in the above-styled and numbered cause.

On February 14, 2025, a Notice of Voluntary Partial Dismissal (docket #46) was filed in this case advising the Court that the parties reached a settlement agreement regarding portions of Plaintiff's Complaint and request for damages and that Plaintiff's claim to unpaid royalties for products manufactured prior to the effective date of the termination of the parties' Consulting Agreement on December 31, 2023 ("Pre Termination Royalty Claims"); and Plaintiff's request for declaratory relief concerning intellectual property are DISMISSED WITH PREJUDICE. The Notice explained further that "[w]ith the exception of Plaintiff's claims related to Post-Termination Royalties set forth in Plaintiff's Motions for Reconsideration and for Leave to File First Amended Complaint (docket numbers 32 and 33), the parties have resolved all claims asserted in this case. On March 30, 2025, the Court denied Plaintiff's Motions for Reconsideration and for Leave to File First Amended Complaint (docket #47).

Accordingly, consistent with the Order Granting Defendant Black Rifle Coffee Company, LLC's Partial Motion to Dismiss (docket #30) which dismissed Plaintiff's claims related to Post-Termination Royalties on March 28, 2024, and the Order denying Plaintiff's Motions for

Reconsideration and for Leave to File First Amended Complaint filed on March 30, 2025 (docket #47),

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff's remaining claims related to Post-Termination Royalties are DISMISSED WITH PREJUDICE.[1]  Motions pending, if any, are also DISMISSED and this case is now CLOSED.

It is so ORDERED.

SIGNED this 31st day of March, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

---

[1] Although these claims were dismissed with prejudice on March 28, 2024, that order was interlocutory until the remaining claims were voluntarily dismissed.