IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| STRATEGY & EXECUTION, INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:23-cv-00135 |
| § | |
| BLACK RIFLE COFFEE COMPANY, § | |
| LLC, § | |
| § | |
| *Defendant*. § | |

**DEFENDANT BLACK RIFLE COFFEE COMPANY, LLC'S NOTICE OF ADDITIONAL FEES**

On April 14, 2025, Defendant Black Rifle Coffee Company, LLC ("Black Rifle") moved for its reasonable attorney fees pursuant to a mandatory fee-shifting provision in its contract with plaintiff Strategy & Execution, Inc. ("SEI"). (Dkt. 52.)

SEI appealed this Court's order of dismissal of SEI's claims to the Fifth Circuit. (5th Cir. Appeal No. 25-50284, Dkt. 55.) On October 23, 2025, in a per curiam decision, the Fifth Circuit rejected SEI's arguments and unanimously affirmed this Court's order.

Because it was successful in the Fifth Circuit, and for the reasons set forth in Black Rifle's Motion for Fees, Black Rifle is the "prevailing party" and is entitled to its fees pursuant to the parties' agreement. Under Texas law, this includes fees Black Rifle spent on appeal. *DP Solutions, Inc. v. Rollins, Inc.*, 353 F.3d 421, 436 (5th Cir. 2003) ("Texas law . . . provides that a party entitled to recover attorneys' fees at trial is also entitled to recover them for successfully defending the case on appeal.") (citing *Gunter v. Bailey*, 808 S.W.2d 163, 166 (Tex.App.El Paso 1991, no writ)).

Black Rifle has incurred $165,920.78 in additional legal fees successfully defending itself in the Fifth Circuit and preparing for and participating in multiple

court-ordered and non-court-ordered settlement discussions.  (Decl. of Karl Fanter, ¶¶ 9, 14-15, attached as Exhibit A.)

Accordingly, Black Rifle's total fees incurred defending itself in this litigation are $619,650.78.  (*Id.*, ¶ 17.)  For the reasons explained in Black Rifle's Motion for Fees, Black Rifle should be awarded these fees pursuant to the parties' agreement.  A proposed order is attached as Exhibit B.

Dated: November 7, 2025        **BAKER & HOSTETLER LLP**

>By: */s/ G. Karl Fanter*
>Peter J. Stuhldreher
>Texas Bar No. 24056393
>811 Main Street, Suite 1100
>Houston, Texas 77002
>Phone: (713) 751-1600
>Facsimile: (713) 751-1717
>pstuhldreher@bakerlaw.com
>
>G. Karl Fanter
>Key Tower
>127 Public Square, Suite 2000
>Cleveland, OH 44114
>Phone: (216) 621-0200
>Facsimile: (216) 696-0740
>kfanter@bakerlaw.com
>
>*Attorneys for Defendant Black Rifle Coffee Company, LLC*