IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| STRATEGY & EXECUTION, INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:23-cv-00135 |
| § | |
| BLACK RIFLE COFFEE COMPANY, § | |
| LLC, § | |
| § | |
| *Defendant*. § | |

**[PROPOSED] ORDER**

Having considered Defendant Black Rifle Coffee Company, LLC's Motion for Attorney Fees, and the Notice of Additional Fees, in which Black Rifle seeks $619,650.78 in attorney fees, the Court finds said motion well-taken and therefore grants the same.

**IT IS SO ORDERED.**

SIGNED on this _____ day of _____, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

1